# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 1:15-BK--10759-AJ |
| | § | |
| NI-FI FESTIVALS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Linda S. Green, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,504.20 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $873,019.58 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $235,231.72 | | |

3)      Total gross receipts of $1,108,251.30  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,108,251.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,340,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $235,231.72 | $235,231.72 | $235,231.72 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $757,648.63 | $6,156,437.24 | $6,156,437.24 | $873,019.58 |
| **Total Disbursements** | $5,097,648.63 | $6,391,668.96 | $6,391,668.96 | $1,108,251.30 |

4). This case was originally filed under chapter 7 on 07/23/2015. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2017                    By:    /s/ Linda S. Green
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claim for refund of deposit held by Benjamin Booker | 1141-000 | $6,527.38 |
| Claim for refund of deposit held by Brantley Gilbert | 1141-000 | $119,668.69 |
| Claim for refund of deposit held by Cloud Nothing | 1141-000 | $2,000.00 |
| Claim for refund of deposit held by Flogging Molly | 1141-000 | $12,238.84 |
| Claim for refund of deposit held by Govt Mule | 1141-000 | $15,231.86 |
| Claim for refund of deposit held by Green Day | 1141-000 | $391,642.97 |
| Claim for refund of deposit held by Hank Williams Jr. | 1141-000 | $24,477.69 |
| Claim for refund of deposit held by Jana Kramer | 1141-000 | $2,175.79 |
| Claim for refund of deposit held by Joe Nichols | 1141-000 | $6,527.38 |
| Claim for refund of deposit held by Josh Turner | 1141-000 | $6,527.38 |
| Claim for refund of deposit held by Kings of Leon | 1141-000 | $228,458.40 |
| Claim for refund of deposit held by Miranda Lambert | 1141-000 | $217,579.43 |
| Claim for refund of deposit held by Moon Taxi | 1141-000 | $3,263.70 |
| Claim for refund of deposit held by New Pornographers | 1141-000 | $6,250.00 |
| Claim for refund of deposit held by Preservation Hall | 1141-000 | $4,079.61 |
| Claim for refund of deposit held by Spoon | 1141-000 | $16,318.46 |
| Claim for refund of deposit held by The Orwells | 1141-000 | $2,855.73 |
| Claim for refund of deposit held by Weezer | 1141-000 | $42,427.99 |
| **TOTAL GROSS RECEIPTS** | | $1,108,251.30 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2003 Charles & Maryanne Smith Trust | 4210-000 | $1,000,000.00 | $0.00 | $0.00 | $0.00 |
| | Brett Hatton | 4210-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
| | David Friedman | 4210-000 | $1,390,000.00 | $0.00 | $0.00 | $0.00 |
| | David Friedman Trust | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | Greg Moore | 4210-000 | $250,000.00 | $0.00 | $0.00 | $0.00 |
| | Heath Fell | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| | Jerry Smith | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kaye Forgione | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| Leonard Merrell | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| Mike Hagan | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| Paul Mercier | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| Phil Braiwaith | 4210-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
| Rick Berry | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| TCG Growth & Income Fund, LLC | 4210-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| Thomas & Shelley Oehler | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| WP & MM Hatton Family Trust Brett Hatton, Trustee | 4210-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $4,340,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Linda S. Green, Trustee | 2100-000 | NA | $56,497.54 | $56,497.54 | $56,497.54 |
| Linda S. Green, Trustee | 2200-000 | NA | $54.10 | $54.10 | $54.10 |
| Integrity Bank | 2600-000 | NA | $5,591.84 | $5,591.84 | $5,591.84 |
| Rabobank, N.A. | 2600-000 | NA | $2,914.13 | $2,914.13 | $2,914.13 |
| United States Bankruptcy Court | 2700-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| CHARLES MAHER, Attorney for Trustee | 3210-000 | NA | $58,648.50 | $58,648.50 | $58,648.50 |
| JOHN H. MACCONAGHY, Special Counsel for Trustee | 3210-600 | NA | $55,032.50 | $55,032.50 | $55,032.50 |
| CHARLES MAHER, Attorney for Trustee | 3220-000 | NA | $1,004.18 | $1,004.18 | $1,004.18 |
| JOHN H. MACCONAGHY, Special Counsel for Trustee | 3220-610 | NA | $1,597.76 | $1,597.76 | $1,597.76 |
| JAY D. CROM, Accountant for Trustee | 3410-000 | NA | $50,438.00 | $50,438.00 | $50,438.00 |
| JAY D. CROM, Accountant for Trustee | 3420-000 | NA | $903.17 | $903.17 | $903.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $235,231.72 | $235,231.72 | $235,231.72 |

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Suhail Design Suhail Design Studio | 7100-000 | $6,135.00 | $6,135.00 | $6,135.00 | $869.98 |
| 2-1 | Bracewell & Giuliani c/o Marcy E. Kurtz | 7100-000 | $112,676.21 | $112,676.21 | $112,676.21 | $15,978.16 |
| 3-1 | SMISC Holdings, Inc. | 7100-000 | $3,904.79 | $337,500.00 | $337,500.00 | $47,859.52 |
| 4-1 | Fiktiv, Inc. | 7100-000 | $12,075.00 | $12,075.00 | $12,075.00 | $1,712.31 |
| 5-2 | 2003 Charles & Maryanne Smith Family Trust | 7100-000 | $0.00 | $1,025,068.56 | $1,025,068.56 | $145,360.85 |
| 6 | SMISC Holdings, Inc. dba SMI Properties | 7100-000 | $0.00 | $6,046.03 | $6,046.03 | $857.36 |
| 7 | Rapid Color Atlanta | 7100-000 | $2,902.00 | $2,902.00 | $2,902.00 | $411.52 |
| 8-2 | Heath Fell c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 9-2 | Kaye Forgione c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 10-2 | Four Top Holdings, LLC c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $1,479,074.19 | $1,479,074.19 | $209,741.57 |
| 11-2 | Mike Hagan c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 12-2 | Ricky Berry c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13-2 | Phillip Braithwaite c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $212,816.43 | $212,816.43 | $30,178.64 |
| 14-2 | David Evan Friedman Trust dated September 3, 2013 c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 15-2 | TCG Growth and Income Fund, LLC c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $319,224.65 | $319,224.65 | $45,267.96 |
| 16-2 | Paul Mercier c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 17-2 | WP and NM Hatton Family Trust c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 18-2 | Greg Moore c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $266,020.54 | $266,020.54 | $37,723.30 |
| 19-2 | Thomas and Shelley Oehler c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 20-2 | Brett Hatton c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $212,816.43 | $212,816.43 | $30,178.64 |
| 21-2 | Jerry Smith c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 22-2 | Leonard Merrell c/o JEM Resource Partners, LP Attn: David Friedman | 7100-000 | $0.00 | $106,408.22 | $106,408.22 | $15,089.32 |
| 23 | Nitro Fidelity Management, LLC Sean Knight | 7100-000 | $98,743.28 | $0.00 | $0.00 | $0.00 |
| 24 | William Morris Endeavor Entertainment, | 7100-000 | $0.00 | $344,999.38 | $344,999.38 | $48,922.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | LLC Jason S. Pomerantz, Esq. | | | | | |
| 25 | Green Day Touring, Inc. c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern | 7100-000 | $0.00 | $372,061.00 | $372,061.00 | $52,760.47 |
| 26 | Day of the Dog, Inc. and Brantley Gilbert c/o Flood Bumstead McCready & McCarthy Attn: Carmen J. Rom | 7100-000 | $0.00 | $107,701.82 | $107,701.82 | $15,272.76 |
| 27 | Creative Artists Agency, LLC Office of the General Counsel Attn: Jeffrey, Freedman, Esq. | 7100-000 | $0.00 | $44,494.82 | $44,494.82 | $6,309.63 |
| 28 | Government Mule, Inc. c/o Richman Business Management LLC Attn: Murray Richman | 7100-000 | $0.00 | $13,707.50 | $13,707.50 | $1,943.81 |
| 29 | Smoking Gun Tours, Inc. c/o Marcus & Colvin, LLP Attn: Kent Marcus, Esq. | 7100-000 | $0.00 | $217,035.48 | $217,035.48 | $30,776.93 |
| | Abel J. Niland | 7100-000 | $12,636.70 | $0.00 | $0.00 | $0.00 |
| | Aloompa, LLC | 7100-000 | $19,887.50 | $0.00 | $0.00 | $0.00 |
| | Big Hassle Media | 7100-000 | $4,062.00 | $0.00 | $0.00 | $0.00 |
| | Consequence of Sound | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Edward K. Lee | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | Huka Productions, LLC | 7100-000 | $80,000.00 | $0.00 | $0.00 | $0.00 |
| | Kentucky Raceway, LLC | 7100-000 | $337,500.00 | $0.00 | $0.00 | $0.00 |
| | OTT Communications | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pillsbury Winthrop Shaw Pittman LLP | 7100-000 | $3,358.00 | $0.00 | $0.00 | $0.00 |
| | RFIDnPrint | 7100-000 | $31,373.65 | $0.00 | $0.00 | $0.00 |
| | Six Degrees LA, Inc. | 7100-000 | $17,500.00 | $0.00 | $0.00 | $0.00 |
| | Ticketfly | 7100-000 | $5,394.50 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Umbel Corp. | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $757,648.63 | $6,156,437.24 | $6,156,437.24 | $873,019.58 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 15-10759-AJ |
| **Case Name:** | NI-FI FESTIVALS, LLC |
| **For the Period Ending:** | 3/31/2017 |

| | |
|---|---|
| **Trustee Name:** | Linda S. Green |
| **Date Filed (f) or Converted (c):** | 07/23/2015 (f) |
| **§341(a) Meeting Date:** | 08/26/2015 |
| **Claims Bar Date:** | 10/25/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | First Republic Bank corporate account | $100.00 | $100.00 | OA | $0.00 | FA |
| **Asset Notes:** | Order of abandonment doc #48 | | | | | |
| 2 | Security deposit for 550 Gateway Drive | $4,404.20 | $4,404.20 | OA | $0.00 | FA |
| **Asset Notes:** | Order of abandonment doc #48 | | | | | |
| 3 | Claim for refund of deposit held by Green Day | $1,800,000.00 | $1,800,000.00 | | $391,642.97 | FA |
| **Asset Notes:** | | | | | | |
| 4 | Name and URL / website | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Order of abandonment doc #48 | | | | | |
| 5 | Claim for refund of deposit held by Kings of Leon | $1,050,000.00 | $1,050,000.00 | | $228,458.40 | FA |
| **Asset Notes:** | | | | | | |
| 6 | Claim for refund of deposit held by Miranda Lambert | $1,000,000.00 | $217,579.43 | | $217,579.43 | FA |
| 7 | Claim for refund of deposit held by Brantley Gilbert | $50,000.00 | $50,000.00 | | $119,668.69 | FA |
| 8 | Claim for refund of deposit held by Jake Owen | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not Feasible | | | | | |
| 9 | Claim for refund of deposit held by Weezer | $195,000.00 | $42,427.99 | | $42,427.99 | FA |
| 10 | Claim for refund of deposit held by Hank Williams Jr. | $112,500.00 | $24,477.69 | | $24,477.69 | FA |
| 11 | Claim for refund of deposit held by Spoon | $75,000.00 | $16,318.46 | | $16,318.46 | FA |
| 12 | Claim for refund of deposit held by Trace Adkins | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not feasible | | | | | |
| 13 | Claim for refund of deposit held by Kacey Musgraves | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not feasible | | | | | |
| 14 | Claim for refund of deposit held by Govt Mule | $70,000.00 | $70,000.00 | | $15,231.86 | FA |
| **Asset Notes:** | | | | | | |
| 15 | Claim for refund of deposit held by Flogging Molly | $56,250.00 | $12,238.84 | | $12,238.84 | FA |
| 16 | Claim for refund of deposit held by The Bleachers | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not feasible | | | | | |
| 17 | Claim for refund of deposit held by Joe Nichols | $30,000.00 | $6,527.38 | | $6,527.38 | FA |
| 18 | Claim for refund of deposit held by Tyler Bryant | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 15-10759-AJ |
|---|---|
| Case Name: | NI-FI FESTIVALS, LLC |
| For the Period Ending: | 3/31/2017 |

| Trustee Name: | Linda S. Green |
|---|---|
| Date Filed (f) or Converted (c): | 07/23/2015 (f) |
| §341(a) Meeting Date: | 08/26/2015 |
| Claims Bar Date: | 10/25/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Asset Notes: | Not feasible | | | | | |
| Ref. # | | | | | | |
| 19 | Claim for refund of deposit held by Josh Turner | $30,000.00 | $6,527.38 | | $6,527.38 | FA |
| 20 | Claim for refund of deposit held by New Pornographers | $25,000.00 | $6,520.00 | | $6,250.00 | FA |
| 21 | Claim for refund of deposit held by Benjamin Booker | $30,000.00 | $6,527.38 | | $6,527.38 | FA |
| 22 | Claim for refund of deposit held by Built to Spill | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 23 | Claim for refund of deposit held by Black Lips | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 24 | Claim for refund of deposit held by Preservation Hall | $18,750.00 | $4,079.61 | | $4,079.61 | FA |
| 25 | Claim for refund of deposit held by Jana Kramer | $10,000.00 | $2,175.79 | | $2,175.79 | FA |
| 26 | Claim for refund of deposit held by Moon Taxi | $15,000.00 | $3,263.69 | | $3,263.70 | FA |
| 27 | Claim for refund of deposit held by Bully | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 28 | Claim for refund of deposit held by The Orwells | $13,125.00 | $2,855.73 | | $2,855.73 | FA |
| 29 | Claim for refund of deposit held by Nikki Lane | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 30 | Claim for refund of deposit held by The Joy Formidable | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 31 | Claim for refund of deposit held by Charlie Worsham | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 32 | Claim for refund of deposit held by Jon Pardi | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 33 | Claim for refund of deposit held by Drake White | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 34 | Claim for refund of deposit held by Rayland Baxter | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 35 | Claim for refund of deposit held by Native Run | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | |
|---|---|
| Case No.: | 15-10759-AJ |
| Case Name: | NI-FI FESTIVALS, LLC |
| For the Period Ending: | 3/31/2017 |

| | |
|---|---|
| Trustee Name: | Linda S. Green |
| Date Filed (f) or Converted (c): | 07/23/2015 (f) |
| §341(a) Meeting Date: | 08/26/2015 |
| Claims Bar Date: | 10/25/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 36 | Claim for refund of deposit held by David Fanning | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 37 | Claim for refund of deposit held by Brook Eden | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 38 | Claim for refund of deposit held by Marcus King Band | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 39 | Claim for refund of deposit held by MamaDear | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 40 | Claim for refund of deposit held by Dean Alexander | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 41 | Claim for refund of deposit held by Jacob Davis | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 42 | Claim for refund of deposit held by Tucker Betheard | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 43 | Claim for refund of deposit held by FireKid | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 44 | Claim for refund of deposit held by Walker County | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 45 | Claim for refund of deposit held by LEVON | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Not feasible | | | | | |
| 46 | Claim for refund of deposit held by Cloud Nothing | $10,000.00 | $10,000.00 | | $2,000.00 | FA |
| Asset Notes: | | | | | | |

| TOTALS (Excluding unknown value) | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| | $4,595,129.20 | $3,336,023.57 | $1,108,251.30 | $0.00 |

### Major Activities affecting case closing:

| | |
|---|---|
| 10/12/2016 | Resolved issue with secured creditors filing claims as unsecured; Fee applications are necessary; tax returns filed |
| 08/16/2016 | Settlement of all estate claims/transfers; All funds received; Motion to abandon claims held by secured lender; request of secured lenders to amend claims; Stipulation to relief filed. |
| 05/23/2016 | 5.23.16 CAA has signed all the settlement agreements and made all the payments; We are waiting on WME Artists for signed agreements and funds. |
| 11/12/2015 | 11.12.15 Some FT parties have been sued; others have been advised that they will be sued to recover funds; some parties have responded. |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 15-10759-AJ | |
| **Case Name:** | NI-FI FESTIVALS, LLC | |
| **For the Period Ending:** | 3/31/2017 | |

| | |
|---|---|
| **Trustee Name:** | Linda S. Green |
| **Date Filed (f) or Converted (c):** | 07/23/2015 (f) |
| **§341(a) Meeting Date:** | 08/26/2015 |
| **Claims Bar Date:** | 10/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 10/22/2015 | 10.22.15 Fees will be deferred for the AP filings |
| 09/10/2015 | 9.10.15  Large preferential payments/FT payments made prior to bankruptcy filing; soliciting performers who received payments for refunds with plan of filing AP's to obtain funds; investigations insider activity; special counsel also a possibility |
| 02/10/2015 | 2.10.16 Global settlement reached for $1.1 million; some possible other settlements; settlement to be noticed |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/26/2016 | /s/ LINDA S. GREEN |
| **Current Projected Date Of Final Report (TFR):** | 12/30/2016 | LINDA S. GREEN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-10759-AJ | |
| Case Name: | NI-FI FESTIVALS, LLC | |
| Primary Taxpayer ID #: | **-***6682 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/23/2015 | |
| For Period Ending: | 3/31/2017 | |

| | |
|---|---|
| Trustee Name: | Linda S. Green |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0759 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $894,632.83 | | $894,632.83 |
| 06/30/2016 | (6) | Pink Dog Productions, Inc. | Payment for Settlement Agreement with Miranda Lambert | 1141-000 | $195,821.49 | | $1,090,454.32 |
| 06/30/2016 | (17) | Impossible Productions, Inc. | Payment on Settlement Agreement with Joe Nichols | 1141-000 | $5,874.64 | | $1,096,328.96 |
| 06/30/2016 | (25) | Sophie Dog Touring, Inc. | Payment on Settlement Agreement with Jana Kramer | 1141-000 | $1,958.21 | | $1,098,287.17 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $372.38 | $1,097,914.79 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,728.48 | $1,096,186.31 |
| 08/15/2016 | (20) | The Billions Corporation | Payment for Settlement Agreement with New Pornographers | 1141-000 | $6,250.00 | | $1,102,436.31 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,772.95 | $1,100,663.36 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,718.03 | $1,098,945.33 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,772.52 | $1,097,172.81 |
| 11/30/2016 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($1,772.52) | $1,098,945.33 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,712.67 | $1,097,232.66 |
| 12/01/2016 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($1,712.67) | $1,098,945.33 |
| 12/13/2016 | 5001 | CHARLES MAHER | Payment for attorney fees | 3210-000 | | $58,648.50 | $1,040,296.83 |
| 12/13/2016 | 5002 | CHARLES MAHER | Payment for attorney expenses | 3220-000 | | $1,004.18 | $1,039,292.65 |
| 12/13/2016 | 5003 | JOHN H. MACCONAGHY | Payment for special attorneys fees | 3210-600 | | $55,032.50 | $984,260.15 |
| 12/13/2016 | 5004 | JOHN H. MACCONAGHY | Payment for special attorneys expenses | 3220-610 | | $1,597.76 | $982,662.39 |
| 12/13/2016 | 5005 | JAY D. CROM | Payment for accountant fees | 3410-000 | | $50,438.00 | $932,224.39 |
| 12/13/2016 | 5006 | JAY D. CROM | Payment for accountant expenses | 3420-000 | | $903.17 | $931,321.22 |
| 12/19/2016 | 5001 | VOID: CHARLES MAHER | | 3210-003 | | ($58,648.50) | $989,969.72 |
| 12/19/2016 | 5002 | VOID: CHARLES MAHER | | 3220-003 | | ($1,004.18) | $990,973.90 |
| 12/19/2016 | 5007 | CHARLES MAHER | Replacement for check 5002; Attorney's expenses | 3220-000 | | $1,004.18 | $989,969.72 |
| 12/19/2016 | 5008 | CHARLES MAHER | Replacement for check 5001; Attorney's Fees | 3210-000 | | $58,648.50 | $931,321.22 |
| 01/20/2017 | 5009 | United States Bankruptcy Court | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.03; Distribution Dividend: 100.00; Amount Claimed: 350.00; Amount Allowed: 350.00; | 2700-000 | | $350.00 | $930,971.22 |
| 01/20/2017 | 5010 | United States Bankruptcy Court | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.03; Distribution Dividend: 100.00; Amount Claimed: 350.00; Amount Allowed: 350.00; | 2700-000 | | $350.00 | $930,621.22 |
| | | | | SUBTOTALS | $1,104,537.17 | $173,915.95 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-10759-AJ |
| Case Name: | NI-FI FESTIVALS, LLC |
| Primary Taxpayer ID #: | **-***6682 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/23/2015 |
| For Period Ending: | 3/31/2017 |

| | |
|---|---|
| Trustee Name: | Linda S. Green |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0759 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | 5011 | United States Bankruptcy Court | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.03; Distribution Dividend: 100.00; Amount Claimed: 350.00; Amount Allowed: 350.00; | 2700-000 | | $350.00 | $930,271.22 |
| 01/20/2017 | 5012 | United States Bankruptcy Court | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.03; Distribution Dividend: 100.00; Amount Claimed: 350.00; Amount Allowed: 350.00; | 2700-000 | | $350.00 | $929,921.22 |
| 01/20/2017 | 5013 | United States Bankruptcy Court | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: ; Dividend: 0.03; Distribution Dividend: 100.00; Amount Claimed: 350.00; Amount Allowed: 350.00; | 2700-000 | | $350.00 | $929,571.22 |
| 01/20/2017 | 5014 | Linda S. Green | Trustee Compensation | 2100-000 | | $56,497.54 | $873,073.68 |
| 01/20/2017 | 5015 | Linda S. Green | Trustee Expenses | 2200-000 | | $54.10 | $873,019.58 |
| 01/20/2017 | 5016 | Suhail Design Suhail Design Studio | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 1; Dividend: 0.09; Distribution Dividend: 14.18; Amount Claimed: 6,135.00; Amount Allowed: 6,135.00; | 7100-000 | | $869.98 | $872,149.60 |
| 01/20/2017 | 5017 | Bracewell & Giuliani c/o Marcy E. Kurtz | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 2; Dividend: 1.71; Distribution Dividend: 14.18; Amount Claimed: 112,676.21; Amount Allowed: 112,676.21; | 7100-000 | | $15,978.16 | $856,171.44 |
| 01/20/2017 | 5018 | SMISC Holdings, Inc. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 3; Dividend: 5.13; Distribution Dividend: 14.18; Amount Claimed: 337,500.00; Amount Allowed: 337,500.00; | 7100-000 | | $47,859.52 | $808,311.92 |
| 01/20/2017 | 5019 | Fiktiv, Inc. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 4; Dividend: 0.18; Distribution Dividend: 14.18; Amount Claimed: 12,075.00; Amount Allowed: 12,075.00; | 7100-000 | | $1,712.31 | $806,599.61 |
| 01/20/2017 | 5020 | 2003 Charles & Maryanne Smith Family Trust | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 5; Dividend: 15.60; Distribution Dividend: 14.18; Amount Claimed: 1,025,068.56; Amount Allowed: 1,025,068.56; | 7100-000 | | $145,360.85 | $661,238.76 |
| 01/20/2017 | 5021 | SMISC Holdings, Inc. dba SMI Properties | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 6; Dividend: 0.09; Distribution Dividend: 14.18; Amount Claimed: 6,046.03; Amount Allowed: 6,046.03; | 7100-000 | | $857.36 | $660,381.40 |
| | | | | | SUBTOTALS | $0.00 | $270,239.82 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 15-10759-AJ | Trustee Name: Linda S. Green |
| Case Name: | NI-FI FESTIVALS, LLC | Bank Name: Integrity Bank |
| Primary Taxpayer ID #: | **-***6682 | Checking Acct #: ******0759 |
| Co-Debtor Taxpayer ID #: | | Account Title: DDA |
| For Period Beginning: | 7/23/2015 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | 5022 | Rapid Color Atlanta | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 7; Dividend: 0.04; Distribution Dividend: 14.18; Amount Claimed: 2,902.00; Amount Allowed: 2,902.00; | 7100-000 | | $411.52 | $659,969.88 |
| 01/20/2017 | 5023 | Heath Fell | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 8; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $644,880.56 |
| 01/20/2017 | 5024 | Kaye Forgione | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 9; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $629,791.24 |
| 01/20/2017 | 5025 | Four Top Holdings, LLC c/o JEM Resource Partners, | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 10; Dividend: 22.52; Distribution Dividend: 14.18; Amount Claimed: 1,479,074.19; Amount Allowed: 1,479,074.19; | 7100-000 | | $209,741.57 | $420,049.67 |
| 01/20/2017 | 5026 | Mike Hagan c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 11; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $404,960.35 |
| 01/20/2017 | 5027 | Ricky Berry c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 12; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $389,871.03 |
| 01/20/2017 | 5028 | Phillip Braithwaite c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 13; Dividend: 3.24; Distribution Dividend: 14.18; Amount Claimed: 212,816.43; Amount Allowed: 212,816.43; | 7100-000 | | $30,178.64 | $359,692.39 |
| 01/20/2017 | 5029 | David Evan Friedman Trust dated September 3, 2013 | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 14; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $344,603.07 |
| 01/20/2017 | 5030 | TCG Growth and Income Fund, LLC c/o JEM | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 15; Dividend: 4.86; Distribution Dividend: 14.18; Amount Claimed: 319,224.65; Amount Allowed: 319,224.65; | 7100-000 | | $45,267.96 | $299,335.11 |
| | | | | SUBTOTALS | $0.00 | $361,046.29 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 15-10759-AJ | Trustee Name: Linda S. Green |
| Case Name: | NI-FI FESTIVALS, LLC | Bank Name: Integrity Bank |
| Primary Taxpayer ID #: | **-***6682 | Checking Acct #: ******0759 |
| Co-Debtor Taxpayer ID #: | | Account Title: DDA |
| For Period Beginning: | 7/23/2015 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | 5031 | Paul Mercier c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 16; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $284,245.79 |
| 01/20/2017 | 5032 | WP and NM Hatton Family Trust c/o JEM | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 17; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $269,156.47 |
| 01/20/2017 | 5033 | Greg Moore c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 18; Dividend: 4.05; Distribution Dividend: 14.18; Amount Claimed: 266,020.54; Amount Allowed: 266,020.54; | 7100-000 | | $37,723.30 | $231,433.17 |
| 01/20/2017 | 5034 | Thomas and Shelley Oehler c/o JEM Resource Partners, | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 19; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $216,343.85 |
| 01/20/2017 | 5035 | Brett Hatton c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 20; Dividend: 3.24; Distribution Dividend: 14.18; Amount Claimed: 212,816.43; Amount Allowed: 212,816.43; | 7100-000 | | $30,178.64 | $186,165.21 |
| 01/20/2017 | 5036 | Jerry Smith c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 21; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $171,075.89 |
| 01/20/2017 | 5037 | Leonard Merrell c/o JEM Resource Partners, LP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 22; Dividend: 1.62; Distribution Dividend: 14.18; Amount Claimed: 106,408.22; Amount Allowed: 106,408.22; | 7100-000 | | $15,089.32 | $155,986.57 |
| 01/20/2017 | 5038 | William Morris Endeavor Entertainment, LLC Jason | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 24; Dividend: 5.25; Distribution Dividend: 14.18; Amount Claimed: 344,999.38; Amount Allowed: 344,999.38; | 7100-000 | | $48,922.97 | $107,063.60 |
| 01/20/2017 | 5039 | Green Day Touring, Inc. c/o Klee, Tuchin, | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 25; Dividend: 5.66; Distribution Dividend: 14.18; Amount Claimed: 372,061.00; Amount Allowed: 372,061.00; | 7100-000 | | $52,760.47 | $54,303.13 |
| | | | | SUBTOTALS | $0.00 | $245,031.98 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-10759-AJ | Trustee Name: | Linda S. Green |
|---|---|---|---|
| Case Name: | NI-FI FESTIVALS, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6682 | Checking Acct #: | ******0759 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/23/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | 5040 | Day of the Dog, Inc. and Brantley Gilbert c/o Flood | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 26; Dividend: 1.63; Distribution Dividend: 14.18; Amount Claimed: 107,701.82; Amount Allowed: 107,701.82; | 7100-000 | | $15,272.76 | $39,030.37 |
| 01/20/2017 | 5041 | Creative Artists Agency, LLC Office of the General | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 27; Dividend: 0.67; Distribution Dividend: 14.18; Amount Claimed: 44,494.82; Amount Allowed: 44,494.82; | 7100-000 | | $6,309.63 | $32,720.74 |
| 01/20/2017 | 5042 | Government Mule, Inc. c/o Richman Business | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 28; Dividend: 0.20; Distribution Dividend: 14.18; Amount Claimed: 13,707.50; Amount Allowed: 13,707.50; | 7100-000 | | $1,943.81 | $30,776.93 |
| 01/20/2017 | 5043 | Smoking Gun Tours, Inc. c/o Marcus & Colvin, LLP | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 29; Dividend: 3.30; Distribution Dividend: 14.18; Amount Claimed: 217,035.48; Amount Allowed: 217,035.48; | 7100-000 | | $30,776.93 | $0.00 |
| 03/01/2017 | 5019 | STOP PAYMENT: Fiktiv, Inc. | Trustee Phone Number: (707) 575-6112; Account Number: ; Claim #: 4; Dividend: 0.18; Distribution Dividend: 14.18; Amount Claimed: 12,075.00; Amount Allowed: 12,075.00; | 7100-004 | | ($1,712.31) | $1,712.31 |
| 03/09/2017 | 5044 | Fiktiv, Inc. | Account Number: ; Claim #: 4; Dividend: 0.18; Distribution Dividend: 14.18; Amount Claimed: 12,075.00; Amount Allowed: 12,075.00; | 7100-000 | | $1,712.31 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $1,104,537.17 | $1,104,537.17 | $0.00 |
| **Less: Bank transfers/CDs** | | $894,632.83 | $0.00 | |
| **Subtotal** | | $209,904.34 | $1,104,537.17 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $209,904.34 | $1,104,537.17 | |

**For the period of 7/23/2015 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $209,904.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $209,904.34 |
| Total Internal/Transfer Receipts: | $894,632.83 |
| | |
| Total Compensable Disbursements: | $1,104,537.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,104,537.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/22/2016 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $209,904.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $209,904.34 |
| Total Internal/Transfer Receipts: | $894,632.83 |
| | |
| Total Compensable Disbursements: | $1,104,537.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,104,537.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 15-10759-AJ | | | **Trustee Name:** | | Linda S. Green |
| **Case Name:** | NI-FI FESTIVALS, LLC | | | **Bank Name:** | | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***6682 | | | **Checking Acct #:** | | ******1100 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | Checking |
| **For Period Beginning:** | 7/23/2015 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 3/31/2017 | | | **Separate bond (if applicable):** | | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 03/28/2016 | (3) | Green Day Touring Inc | Settlement agreement payment | 1141-000 | $372,061.00 | | $372,061.00 |
| 03/30/2016 | | Creative Artists Agency | Deposit Reversal: CAA portion of the Green Day settlement | * | ($44,949.82) | | $327,111.18 |
| | {3} | | Deposit Reversal: CAA $(44,949.82) portion of the Green Day settlement | 1141-000 | | | $327,111.18 |
| 03/30/2016 | | Creative Artists Agency | CAA portion for Green Day, Kings of Leon, Brantley Gilbert and Government Mule settlement | * | $44,494.82 | | $371,606.00 |
| | {14} | | $1,523.06 CAA portion for Govt Mule settlement | 1141-000 | | | $371,606.00 |
| | {3} | | $19,581.97 CAA portion for Green Day settlement | 1141-000 | | | $371,606.00 |
| | {5} | | $11,422.92 CAA portion for Kings of Leon settlement | 1141-000 | | | $371,606.00 |
| | {7} | | $11,966.87 CAA portion for Brantley Gilbert settlement | 1141-000 | | | $371,606.00 |
| 03/30/2016 | (3) | Creative Artists Agency | CAA portion of the Green Day settlement | 1141-000 | $44,949.82 | | $416,555.82 |
| 04/04/2016 | (5) | Smoking Gun Tours, Inc | Payment for Settlement Agreement with Kings of Leon | 1141-000 | $217,035.48 | | $633,591.30 |
| 04/05/2016 | (46) | Zev Hardman | Settlement payment for Cloud Nothing | 1141-000 | $2,000.00 | | $635,591.30 |
| 04/06/2016 | (7) | Day of the Dog | Settlement payment for Brantley Gilbert | 1141-000 | $107,701.82 | | $743,293.12 |
| 04/19/2016 | (14) | Government Mule Inc | Funds from setttlement agreement with Govt. Mule | 1141-000 | $13,708.80 | | $757,001.92 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $904.47 | $756,097.45 |
| 05/23/2016 | 101 | Franchise Tax Board | Administrative Expense for Tax Period 12/31/2016; FTB Account No. 0304 | 2820-000 | | $800.00 | $755,297.45 |
| 05/31/2016 | (28) | The Orwells, Inc | Funds from settlement agreement with The Orwells | 1141-000 | $2,570.16 | | $757,867.61 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $1,048.41 | $756,819.20 |
| | | | **SUBTOTALS** | | $759,572.08 | $2,752.88 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 15-10759-AJ | Trustee Name: Linda S. Green |
| Case Name: | NI-FI FESTIVALS, LLC | Bank Name: Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***6682 | Checking Acct #: ******1100 |
| Co-Debtor Taxpayer ID #: | | Account Title: Checking |
| For Period Beginning: | 7/23/2015 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): $0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2016 | | William Morris Endeavor | WME portion of settlement payment | * | $31,766.60 | | $788,585.80 |
| | {6} | | WME portion of settlement payment | $21,757.94 | 1141-000 | | $788,585.80 |
| | {9} | | WME portion of settlement payment | $2,121.40 | 1141-000 | | $788,585.80 |
| | {10} | | WME portion of settlement payment | $1,835.83 | 1141-000 | | $788,585.80 |
| | {11} | | WME portion of settlement payment | $1,631.85 | 1141-000 | | $788,585.80 |
| | {15} | | WME portion of settlement payment | $1,223.88 | 1141-000 | | $788,585.80 |
| | {19} | | WME portion of settlement payment | $652.74 | 1141-000 | | $788,585.80 |
| | {17} | | WME portion of settlement payment | $652.74 | 1141-000 | | $788,585.80 |
| | {21} | | WME portion of settlement payment | $652.74 | 1141-000 | | $788,585.80 |
| | {24} | | WME portion of settlement payment | $407.96 | 1141-000 | | $788,585.80 |
| | {26} | | WME portion of settlement payment | $326.37 | 1141-000 | | $788,585.80 |
| | {28} | | WME portion of settlement payment | $285.57 | 1141-000 | | $788,585.80 |
| | {25} | | WME portion of settlement payment | $217.58 | 1141-000 | | $788,585.80 |
| 06/16/2016 | (9) | Weezer Touring, Inc. | Funds from settlement agreement with Weezer | 1141-000 | $40,306.59 | | $828,892.39 |
| 06/16/2016 | (10) | Hank Williams Jr Enterprises, Inc | Funds from settlement agreement with Hank Williams Jr | 1141-000 | $22,641.86 | | $851,534.25 |
| 06/16/2016 | (11) | Spoon Performance Services, Inc | Funds from settlement agreement with Spoon | 1141-000 | $14,686.61 | | $866,220.86 |
| 06/16/2016 | (15) | Mollywood, Inc | Funds from settlement agreement with Flogging Molly | 1141-000 | $11,014.96 | | $877,235.82 |
| 06/16/2016 | (19) | Pee Dee Country Enterprises, Inc | Funds from settlement agreement with Josh Turner | 1141-000 | $5,874.64 | | $883,110.46 |
| 06/16/2016 | (21) | Fire Next Time, Inc | Funds from settlement agreement with Benjamin Booker | 1141-000 | $5,874.64 | | $888,985.10 |
| 06/16/2016 | (24) | PHJB Tours, Inc. | Funds from settlement agreement with Preservation Hall Jazz Bank | 1141-000 | $3,671.65 | | $892,656.75 |
| 06/16/2016 | (26) | Ameritronica, Inc | Funds from settlement agreement with Moon Taxi | 1141-000 | $2,937.33 | | $895,594.08 |
| 06/23/2016 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $961.25 | $894,632.83 |
| 06/23/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $894,632.83 | $0.00 |
| | | | | SUBTOTALS | $138,774.88 | $895,594.08 | |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-10759-AJ | |
| **Case Name:** | NI-FI FESTIVALS, LLC | |
| **Primary Taxpayer ID #:** | **-***6682 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/23/2015 | |
| **For Period Ending:** | 3/31/2017 | |

| | |
|---|---|
| **Trustee Name:** | Linda S. Green |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******1100 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | $0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $898,346.96 | $898,346.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $894,632.83 | |
| | | | **Subtotal** | | $898,346.96 | $3,714.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $898,346.96 | $3,714.13 | |

**For the period of  7/23/2015 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $898,346.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $898,346.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,714.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,714.13 |
| Total Internal/Transfer  Disbursements: | $894,632.83 |

**For the entire history of the account between 01/25/2016 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $898,346.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $898,346.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,714.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,714.13 |
| Total Internal/Transfer  Disbursements: | $894,632.83 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-10759-AJ | **Trustee Name:** | Linda S. Green |
| **Case Name:** | NI-FI FESTIVALS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***6682 | **Checking Acct #:** | ******1100 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 7/23/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/31/2017 | **Separate bond (if applicable):** | $0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,108,251.30 | $1,108,251.30 | $0.00 |

**For the period of 7/23/2015 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,108,251.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,108,251.30 |
| Total Internal/Transfer Receipts: | $894,632.83 |
| | |
| Total Compensable Disbursements: | $1,108,251.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,108,251.30 |
| Total Internal/Transfer Disbursements: | $894,632.83 |

**For the entire history of the case between 07/23/2015 to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,108,251.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,108,251.30 |
| Total Internal/Transfer Receipts: | $894,632.83 |
| | |
| Total Compensable Disbursements: | $1,108,251.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,108,251.30 |
| Total Internal/Transfer Disbursements: | $894,632.83 |

/s/ LINDA S. GREEN

LINDA S. GREEN